UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |

_____

**This Document Relates to:**

*John and Laura Bishop v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:12-cv-50014

*Khaleel Elahee and Sarah Elahee v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:12-cv-50015

*Lynn Schofield v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:12-cv-50017

*Roddy Howell v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:13-cv-50007

*Mary Dallman v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:13-cv-51221

*Ivan Sander and Betty Sander, Husband and Wife v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:13-cv-51222

*Jack Hays v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:13-cv-51224

*Irene Margis, Individually and as Personal Representative of Estate of George Margis, deceased v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:13-cv- 51223

*Anthony Payne v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:13-cv-51234

*Louise Vapnar, Individually and as Personal Representative of the Estate of Mary Vapnar, deceased v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:13-cv-51231

*Winifred Byrd, Individually and as Personal Representative of the Estate of George Byrd, deceased v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:13-cv-51233

*Dion Dorizas v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:13-cv- 51232

*Smith Wigley, Individually and as Personal Representative of the Estate of Mildred Wigley, deceased v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:13-cv-51306

*Karen Wilder, Individually and as Personal Representative of the Estate of Jacqueline Wilder, deceased v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:13-cv-51312

*Lois Ordway, Individually and on Behalf of the Estate of Lily Ordway, deceased v. Boehringer Ingelheim Pharmaceuticals, Inc.*
Civil Action No.: 3:13-cv-51842

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of

docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on December 30, 2014, the above-captioned cases are **DISMISSED** with prejudice. Each party shall bear its own costs.

                                **JUSTINE FLANAGAN,**
                                **ACTING CLERK OF COURT**

                                BY:  _/s/*Cheryl A. Ritter*_
                                          **Deputy Clerk**

**Dated:** December 30, 2014

David R. Herndon
2014.12.31
10:41:29 -06'00'

**APPROVED:**
        **U.S. DISTRICT JUDGE**